# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Bank of New York Mellon,

    Plaintiff

v.

Tierra De Las Palmas Owners Association, et al,

    Defendants

2:17-cv-02112-JAD-CWH

**Order Directing Clerk of Court to Accept Security of Costs Under NRS 18.130 and Vacating Hearing**

[ECF No. 12]

    SFR Investments Pool 1, LLC demanded that Plaintiff Bank of New York Mellon, an out-of-state resident, post a cost bond under NRS 18.130(1).[1] The statute allows a defendant in an action brought by an out-of-state plaintiff to demand that the plaintiff post a bond to secure costs up to $500.[2] Once the demand is filed and served, "all proceedings in the action shall be stayed" until the cost bond is deposited.[3] If the bond is not posted within 30 days of the demand, the defendant may move for dismissal.[4]

    Because a court order is required in this district for the Clerk of Court to permit the posting of a cost bond, the demand is tracked as a motion in the court's system. Accordingly, with good cause appearing, IT IS HEREBY ORDERED that SFR's Demand for Security of Costs **[ECF No. 12] is GRANTED; the CLERK OF COURT is directed to accept the deposit of $500.00 from plaintiff under NRS 18.130** as security for costs and charges that may be awarded against this plaintiff in the event that the cost bond is presented for deposit. Plaintiff

---

[1] ECF No. 12.

[2] Nev. Rev. Stat. 18.130(1).

[3] *Id*.

[4] Nev. Rev. Stat. 18.130(4).

must bring a copy of this order to the Clerk's office when making this deposit.  IT IS FURTHER ORDERED that this case is stayed by operation of NRS 18.130(1) until the $500 is deposited.

IT IS FURTHER ORDERED that **the hearing** on Absolute Collections Services, LLC's Motion to Dismiss [ECF No. 9] **scheduled for October 25, 2017 at 9:00 a.m. is VACATED**. If, after reviewing the motion, the Court determines that a hearing is necessary, the Court will reset the motion for hearing.

DATED: October 18, 2017

_____
Jennifer A. Dorsey
United States District Judge