James W. Pengilly, Esq.
Nevada Bar No. 6085
jpengilly@pengillylawfirm.com
Elizabeth B. Lowell, Esq.
Nevada Bar No. 8551
elowell@pengillylawfirm.com
PENGILLY LAW FIRM
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
Telephone: (702) 889-6665
Facsimile: (702) 889-6664
*Counsel for Tierra De Las Palmas Owners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CW ALT, INC., ALTERNATIVE LOAN TRUST 2004-8CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-8CB,<br><br>Plaintiff,<br>vs.<br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION; SFR INVESTMENTS POOL I, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants. | CASE NO: 2:17-cv-2112-JAD-CWH<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT AND EXTEND TIME TO RESPOND**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED BY AND BETWEEN counsel for Plaintiff, BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CW ALT, INC., ALTERNATIVE LOAN TRUST 2004-8CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-8CB ("Bank of New York"), and counsel for TIERRA DE LAS PALMAS OWNERS ASSOCIATION ("TDLP"), that the Default (ECF No. 30) entered in this matter on January 23, 2018 against TDLP, be set aside; and

1

IT IS FURTHER STIPULATED that TDLP may have ten (10) days from the date of entry of this stipulation in which to answer Bank of New York's Complaint on file herein.

DATED this 16th day of April, 2018.

PENGILLY LAW FIRM

*/s/ Elizabeth Lowell*
James W. Pengilly, Esq.
Nevada Bar No. 6085
Elizabeth Lowell, Esq.
Nevada Bar No. 8551
1995 Village Center Cir., Suite 190
Las Vegas, NV 89134
(702) 889-6665
*Counsel for Defendant*
*Tierra De Las Palmas Owners' Association*

DATED this 17th day of April, 2018.

AKERMAN LLP

*/s/ Tenesa S. Powell*
Ariel Stern, Esq.
Nevada Bar No. 8276
Tenesa S. Powell, Esq.
Nevada Bar No. 12488
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
*Counsel for Plaintiff*

**ORDER**

IT IS SO ORDERED this ___19th___ day of ___April___, 2018

_____
**UNITED STATES** MAGISTRATE JUDGE

2