ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-8CB Mortgage Pass Through Certificates, Series 2004-8CB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-8CB MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-8CB,<br><br>Plaintiff,<br><br>vs.<br><br>TIERRA DE LAS PALMAS OWNERS ASSOCIATION; SFR INVESTMENTS POOL I, LLC; and ABSOLUTE COLLECTION SERVICES, LLC,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:17-cv-02112-JAD-CWH<br><br>**ORDER TO RELEASE BOND** |

Presently before the court is the matter of *The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-8CB Mortgage Pass Through Certificates, Series 2004-8CB v. Tierra De Las Palmas Owners Association, et al.*, case number 2:17-cv-02112-JAD-CWH.

1

60617587;1

On October 18, 2017, the court ordered Plaintiff to post a security bond for $500.00 [ECF No. 19]. On October 27, 2017, Akerman LLP posted a security bond on behalf of plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-8CB Mortgage Pass Through Certificates, Series 2004-8CB, receipt number NVLAS053450 for $500.00 [ECF No. 20].

On June 9, 2021, the Ninth Circuit Court of Appeals voluntarily dismissed the appeal [ECF No. 58]. As this matter is now concluded, **IT IS HEREBY ORDERED that the Motion to Release Bond [ECF No. 61] is GRANTED; the Clerk of Court is directed to refund to Akerman LLP on behalf of Plaintiff the $500.00 security bonds, plus interest any accrued interest.**

**IT IS SO ORDERED**.

Dated this 1st day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE
Case No.: 2:17-cv-02112-JAD-CWH